ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 1 2009
CLERK, U.S. DISTRICT COURT
By ______ Deputy
4:00 pm

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA §
§
v. § No. 3-09CR 346-D
§
DUSTIN MISHLER §

INDICTMENT

The Grand Jury Charges:

Count One
Transporting and Shipping Child Pornography
(Violation of 18 U.S.C. § 2252(a)(1))

On or about May 10, 2009, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Dustin Mishler**, knowingly transported and shipped in interstate commerce by computer a visual depiction of a minor engaged in sexually explicit conduct, the production of which involved the use of a minor engaged in sexually explicit conduct, to wit: **Mishler** used the internet, specifically AOL email, to transport child pornography to an email recipient. **Mishler** sent the following image from his computer using AOL:

| **Traded File name:** | **Description of image** |
|---|---|
| 41985.10811.39386_1.jpg | Penile penetration of the mouth of a minor topless female |

Prior to May 10, 2009, **Dustin Mishler** was convicted on December 4, 2006, in the 265th District Court of Dallas County, Texas, of the felony offense of Possession of

Child Pornography in case number: F-0240987, in violation of Texas Penal Code Sec. 43.26(a), a state offense that relates to the possession of child pornography.

In violation of 18 U.S.C. § 2252(a)(1) and § 2252(b)(1).

Count Two
Transporting and Shipping Child Pornography
(Violation of 18 U.S.C. § 2252(a)(1))

On or about May 16, 2009, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Dustin Mishler**, knowingly transported and shipped in interstate commerce by computer a visual depiction of a minor engaged in sexually explicit conduct, the production of which involved the use of a minor engaged in sexually explicit conduct, to wit: **Mishler** used the internet and Yahoo! Messenger to transport child pornography to other network users of Yahoo! Messenger. **Mishler** sent the following image from his computer using Yahoo! Messenger:

| **Traded File name:** | **Description of image** |
|---|---|
| 1_gOYMwLRdnktxr5vSiTg–_m.jpg | Penile penetration of the anus of a minor boy |

Prior to May 16, 2009, **Dustin Mishler** was convicted on December 4, 2006, in the 265th District Court of Dallas County, Texas, of the felony offense of Possession of Child Pornography in case number: F-0240987, in violation of Texas Penal Code Sec. 43.26(a), a state offense that relates to the possession of child pornography.

In violation of 18 U.S.C. § 2252(a)(1) and § 2252(b)(1).

Count Three
Attempted Receipt of Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(2))

On or about May 9, 2009, in the Dallas Division of the Northern District of Texas, defendant, **Dustin Mishler**, knowingly attempted to receive child pornography that had been mailed, shipped, and transported in interstate commerce by any means, including by computer, by downloading from the internet to his home computer, using Limewire software, visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256, in violation of 18 U.S.C. § 2252A(a)(2).

Specifically, **Mishler** used the internet and Limewire software and attempted to download to his home computer hard drive the following movie file:

| **File name:** | **Description of image** |
|---|---|
| Best little girl in a pink dress r@ygold hello video (illegal underagelolita preteen pedo). mpg | Penile penetration of a minor female's mouth |

Prior to May 9, 2009, **Dustin Mishler** was convicted on December 4, 2006, in the 265th District Court of Dallas County, Texas, of the felony offense of Possession of Child Pornography in case number: F-0240987, in violation of Texas Penal Code Sec. 43.26(a), a state offense that relates to the possession of child pornography.

In violation of 18 U.S.C. § 2252A(a)(2) and § 2252A(b)(1).

Count Four
Possession of Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(5))

On or about June 24, 2009, in the Dallas Division of the Northern District of Texas, the defendant, **Dustin Mishler**, knowingly possessed material that contained three or more images of child pornography that were mailed, shipped, and transported in interstate commerce by any means, including by computer, and which were produced using materials that had been mailed, shipped and transported in interstate and foreign commerce.

Included on his Geek squad USB device possessed by **Mishler** were the following five described still images visually depicting minors engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minors, as defined in 18 U.S.C. § 2256:

| **File name:** | **Description of image** |
|---|---|
| - pussy1.jpg | Lewd and lascivious image of a minor female, wearing knee socks, holding her exposed genitals with her hands. |
| 4yo Sleepy Time = June 10 2005 007.jpg | Lewd and lascivious image of a minor female with her eyes closed, wearing only a pink shirt lying on a bed. She is naked from the waist down and her genitals are exposed. |

| | |
|---|---|
| kala.jpg | Lewd and lascivious image of a minor female wearing glasses sitting on a chair. She is wearing a striped shirt, but naked from the waist down, and her legs are spread exposing her genitals. |
| mike.jpg | Image depicting a male with his mouth on the penis of a minor boy |
| 1(154).jpg | Lewd and lascivious image of a male placing his penis against the genitals of a minor female |

Prior to June 24, 2009, **Dustin Mishler** was convicted on December 4, 2006, in the 265th District Court of Dallas County, Texas, of the felony offense of Possession of Child Pornography in case number: F-0240987, in violation of Texas Penal Code Sec. 43.26(a), a state offense that relates to the possession of child pornography.

In violation of 18 U.S.C. § 2252A(a)(5) and 2252A(b)(2).

<u>Forfeiture Allegation</u>
(18 U.S.C. § 2253)

Upon conviction of any of the offenses alleged in Counts One through Four and pursuant to 18 U.S.C. § 2253(a), defendant **Mishler** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the previously-mentioned defendant includes, but is not limited to, any interest in the following:

1. One Dell Inspiron PP22X laptop computer, serial number 7P11QD1, containing one 80 GB Western Digital Hard Drive, model WD800BEVS, serial number WXE807723238, and one 4 GB Geek squad USB Device, serial number: 000160D774865A.

In violation of 18 U.S.C. § 2253.

A TRUE BILL

FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2846

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 1 2009
CLERK, U.S. DISTRICT COURT
By ________ Deputy 4:00 pm

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

DUSTIN MISHLER (1) 3-09CR 346-D

INDICTMENT

18 U.S.C. § 2252(a)(1)
Transporting and Shipping Child Pornography

18 U.S.C. § 2252A(a)(2)
Attempted Receipt of Child Pornography

18 U.S.C. § 2252A(a)(5)
Possession of Child Pornography

18 U.S.C. § 2253
Forfeiture Allegation

4 Counts

A true bill rendered:

DALLAS FOREPERSON

Filed in open court this 1st day of December, A.D. 2009.

Clerk

Issue Arrest Warrant for DUSTIN MISHLER

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Pending Criminal Complaint

ORIGINAL 3-09CR 346-D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No If Yes, number:__________

Search Warrant Case Number__________

R 20 from District of __________

Magistrate Case Number__________

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☐ Yes ☒ No

Defendant Name Dustin Milshler

Alias Name __________

Address __________

RECEIVED
DEC - 1 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

County in which offense was committed: Dallas

2. **U.S. Attorney Information**

AUSA Camille E. Sparks Bar # TX Bar No. 00790878

3. **Interpreter**

☐ Yes ☒ No If Yes, list language and/or dialect: __________

4. **Location Status**

**Issue Arrest Warrant**

☐ Already in Federal Custody as of__________ in __________
☒ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 4 ☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 2252(a)(1) | Transporting and Shipping Child Pornography | 1 |
| 18 U.S.C. § 2252(a)(1) | Transporting and Shipping Child Pornography | 2 |
| 18 U.S.C. § 2252A(a)(2) | Attempted Receipt of Child Pornography | 3 |
| 18 U.S.C. § 2252A(a)(5) | Possession of Child Pornography | 4 |
| 18 U.S.C. 2253 | Forfeiture Allegation | |

Date 11-30-09 Signature of AUSA: Camille Sparks