IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

DUSTIN MISHLER

CASE NO. 3:09-CR-346-D

# MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, **Dustin Mishler**, pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a).

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

_____ Crime of violence (18 U.S.C. § 3156);

_____ Maximum sentence life imprisonment or death;

_____ 10 + year drug offense;

_____ Felony, with two prior convictions in above categories;

_____Serious risk defendant will flee;

_____ Serious risk obstruction of justice;

_____ Felony involving a minor victim;

_____ Felony involving a firearm, destructive device, or any other dangerous weapon;

_____ Felony involving a failure to register (18 U.S.C. § 2250); or

__X__ Petition for Supervised Release Revocation was filed.

2. Reason for Detention: The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

__X__ Defendant's appearance as required;

__X__ Safety of any other person and the community

3. Rebuttable Presumption: The United States will invoke the rebuttable presumption against defendant because (check all that apply):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

_____ Previous conviction for "eligible" offense committed while on pretrial bond.

__X__ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. Time for Detention Hearing: The United States requests the Court conduct the detention hearing,

__X__ At first appearance

_____ After continuance of _____ days (not more than 3).

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

Patrick A. Vickery
Assistant United States Attorney
Texas Bar Number 24115905
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 258-0467
Patrick.vickery@usdoj.gov

**CERTIFICATE OF NON-SERVICE**

I hereby certify that a true and correct copy of this document was filed via the Court's CM/ECF System on this 15th day of September, 2026.

PATRICK A. VICKERY
Assistant United States Attorney