**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| JUDGE: RENEE HARRIS TOLIVER | | |
|---|---|---|
| DEPUTY CLERK: M. Wright | | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | | USPO/PTSO: Thomas |
| INTERPRETER: NA | | COURT TIME: 11:15-11:18 |
| A.M. | P.M. | DATE: September 16, 2026 |

☐MAG. NO. ☐DIST. CR. NO. 3:09-cr-00346-D USDJ ______

UNITED STATES OF AMERICA § __Patrick Vickery______, AUSA
§
v. § ______ ☐
§
§ _Devon Sanders______ ☐
DUSTIN MISHLER (1) § COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE ☐IDENTITY ☐BOND HEARING ☐PRELIMINARY HEARING
☐ DETENTION HEARING ☐COUNSEL DETERMINATION HEARING ☐REMOVAL HEARING ☐EXTRADITION HEARING
☐ HEARING CONTINUED ON ______ CASE NO. ______ ☐OTHER DISTRICT ☐DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY: ☐SURRENDER ______
☐ RULE 5/32 ☐APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☑PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐MW (MATERIAL WITNESS) ______ APPEARED ☐WITH ☐WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED ______
☐ DEFT HAS RETAINED COUNSEL ______
☐ ARRAIGNMENT SET ☐DETENTION HEARING SET ______

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 16 2026
CLERK, U.S. DISTRICT COURT
By______
Deputy

☐ PRELIMINARY HEARING SET ______ ☐BOND HEARING SET ______
☐ COUNSEL DETERMINATION HEARING SET ______
☐ IDENTITY/REMOVAL HEARING SET ______
☐ BOND ☐SET ☐REDUCED TO $ ______ ☐CASH ☐ SURETY ☐10% ☐ PR ☐UNS ☐3RD PTY ☐MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐DEFT ☐MW RELEASED ☐STATE AUTHORITIES ☐INS
☐ DEFT ☐MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐PRELIMINARY HEARING ☐RULE 5/32 HEARING ☐DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ID ☐PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☐ REMARKS:______