39685-177 FID# 4300354

**United States District Court**
**Northern District of Texas**
Dallas Division

US MARSHALS SERVICE N/TX 2026 SEP 14 P 3:23

FILED-USDC-NDTX-DA '26 SEP 16 PM1:42

UNITED STATES OF AMERICA

V.

Dustin Mishler

CASE NUMBER: 3:09-cr-346-D

MAG. CASE NUMBER: ____________

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

Dustin Mishler

ADDRESS (STREET, CITY, STATE):

unknown

PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): DATE IMPOSED

United States District Court Northern District of Texas 12/6/2010

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

United States District Court Northern District of Texas Dallas Division

Karen Mitchell
Karen Mitchell, U.S. District Court Clerk

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS

s/ N. Taylor
(By) Deputy Clerk

9/14/2026
Date

## RETURN

Warrant received and executed.

| Date Received | Date Executed |
|---|---|
| 9-14-2026 | 9.15.2026 |

Executing Agency (Name and Address)

USMS 501 W 10th Street Fort Worth Texas 7610[illegible]

Name: Marshal Malecha (By) [illegible] Date: 9-15-2026

4300354